UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK KOMAR,<br><br>                      Plaintiff,<br><br>v.<br><br>SKS BOTTLE & PACKAGING, INC., and<br>KATHLEEN A. DEGUIRE<br><br>                      Defendants. | STIPULATION OF DISMISSAL WITH PREJUDICE<br><br>Civil Action No.:<br>1:23-cv-00428<br>(FSJ)(DJS) |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Mark Komar and Defendants SKS Bottle & Packaging, Inc., and Kathleen A. Deguire, through their undersigned counsel, that the above-entitled action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

Dated: 09/06/2024, 2024

**BERLINGIERI LAW, PLLC**

*/s/ Christopher J. Berlingieri*
Christopher J. Berlingieri, Esq.
*Attorneys for Plaintiff*
244 Fifth Ave, Suite F276
New York, New York 10001

Dated: Sept. 12, 2024

**BOND, SCHOENECK & KING, PLLC**

*/s/ Michael D. Billok*
Michael D. Billok, Esq.
Mara D. Afzali, Esq.
*Attorneys for Defendant*
268 Broadway, Suite 104
Saratoga Springs, New York 12866-4281

11