UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MARK KOMAR,

                Plaintiff,

v.

SKS BOTTLE & PACKAGING, INC., and
KATHLEEN A. DEGUIRE

                Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No.:
1:23-cv-00428
(FSJ)(DJS)

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Mark Komar and Defendants SKS Bottle & Packaging, Inc., and Kathleen A. Deguire, through their undersigned counsel, that the above-entitled action be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

Dated: 09/06/2024 , 2024

**BERLINGIERI LAW, PLLC**

*Christopher J. Berlingieri*
Christopher J. Berlingieri, Esq.
*Attorneys for Plaintiff*
244 Fifth Ave, Suite F276
New York, New York 10001

Dated: Sept. 12 , 2024

**BOND, SCHOENECK & KING, PLLC**

*Michael D. Billok*
Michael D. Billok, Esq.
Mara D. Afzali, Esq.
*Attorneys for Defendant*
268 Broadway, Suite 104
Saratoga Springs, New York 12866-4281

IT IS SO ORDERED.

_____
Frederick J. Scullin, Jr.
Senior United States District Judge

Date: September 16, 2024

11