

268 Broadway, Suite 104 | Saratoga Springs, NY 12866 | **bsk.com**

**MICHAEL D. BILLOK, ESQ.**
mbillok@bsk.com
P: 518.533.3236
F: 518.533.3284

October 11, 2024

**VIA ELECTRONIC FILING**

Hon. Frederick J. Scullin, Jr
United States District Court
Federal Building and U.S. Courthouse
100 South Clinton Street
P.O. Box 7336
Syracuse, New York 13261-7336

Re:   *Mark Komar v. SKS Bottle & Packing, Inc. and Kathleen Deguire*
       Case No. 1:23-cv-00428-FJS-DJS

Dear Judge Scullin:

As you know, I currently represent Defendants SKS Bottle & Packaging, Inc. and Kathleen Deguire in the above-referenced case. I write in response to the Court's Text Order (Dkt. 29) directing counsel to respond to Plaintiff's letter motion.

I will be filing a motion to withdraw as counsel in this case. I seek permission to file the motion under seal. I can discuss the reasons for such motion with the Court during the conference set for 2:00 on October 15, and respectfully request that such discussion take place *in camera.*

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Michael D. Billok
Member

18518216.v1

Attorneys At Law | A Professional Limited Liability Company