UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

MARK KOMAR,

                Plaintiff,

v.

SKS BOTTLE & PACKAGING, INC., and KATHLEEN A. DEGUIRE,

                Defendants.

**NOTICE OF MOTION**

Civil Action No. 1:23-cv-00428-FJS-DJS

**PLEASE TAKE NOTICE** that the undersigned will move this Court, at a date and time set by this Court, for an ORDER, in accordance with Local Rule 11.1(b) and Rule 1.16(d) of the New York Rules of Professional Conduct (22 NYCRR 1200.1.16(d)), permitting the undersigned to withdraw as counsel and be relieved as attorneys of record for Defendants SKS Bottling & Packaging, Inc. and Kathleen Deguire ("Defendants") in the above-captioned case for professional considerations as set forth in the annexed.

Dated: October 29, 2024

                BOND, SCHOENECK & KING, PLLC

                By: s/ Michael D. Billok
                      Michael D. Billok, Esq.
                      Mara A. Afzali, Esq.
                268 Broadway, Suite 104
                Saratoga Springs, NY 12866
                Telephone: (518) 533-3236
                *Attorneys for Defendants*