

268 Broadway, Suite 104 | Saratoga Springs, NY 12866 | **bsk.com**

**MICHAEL D. BILLOK, ESQ.**
mbillok@bsk.com
P: 518.533.3236
F: 518.533.3284

November 20, 2024

**VIA ELECTRONIC FILING**

Hon. Frederick J. Scullin, Jr
United States District Court
Federal Building and U.S. Courthouse
100 South Clinton Street
P.O. Box 7336
Syracuse, New York 13261-7336

Re: *Mark Komar v. SKS Bottle & Packing, Inc. and Kathleen Deguire*
    Case No. 1:23-cv-00428-FJS-DJS

Dear Judge Scullin:

As you know, we currently represent Defendants SKS Bottle & Packaging, Inc. and Kathleen Deguire in the above-referenced case. I write in response to the Court's Text Order (Dkt. 37) directing counsel to file a letter with the Court setting forth our position regarding the effect of the stay on the motion to withdraw. The bankruptcy filing and stay have no effect on the motion to withdraw; we still seek to withdraw as counsel to Defendants SKS Bottle & Packaging, Inc. and Kathleen Deguire.

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Michael D. Billok
Member

18733753.v1