**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**MARK KOMAR,**

**Plaintiff,**

**v.** **1:23-CV-428 (FJS/DJS)**

**KATHLEEN A. DEGUIRE,**

**Defendant.**

---

| **APPEARANCES** | **OF COUNSEL** |
| --- | --- |
| **BERLINGIERI LAW PLLC**<br>244 Fifth Avenue, Suite F276<br>New York, New York 10001<br>Attorneys for Plaintiff | **CHRISTOPHER BERLINGIERI, ESQ.** |
| **KATHLEEN A. DEGUIRE**<br>Watervliet, New York 12189<br>Defendant *pro se* | |

**SCULLIN, Senior Judge**

**ORDER**

Plaintiff filed a complaint against Defendant SKS Bottle & Packaging, Inc. ("SKS") under the Americans with Disabilities Act, *see* Dkt. No. 1, Complaint, at ¶¶ 43-50, and under the Family and Medical Leave Act, *see id.* at ¶¶ 51-54. He also asserted state law causes of action against both Defendant SKS and Defendant Deguire. *See id.* at ¶¶ 55-61.

As Magistrate Judge Stewart noted, in his Report-Recommendation and Order, on November 19, 2024, Defendant SKS notified the Court that it had filed for bankruptcy protection, *see* Dkt. No. 36, and the Court subsequently entered a stay of proceedings in this case, *see* Dkt. No. 43. That bankruptcy proceeding has now been resolved and, therefore,

Plaintiff's claims against Defendant SKS in this case have been dismissed. *See* Dkt. No. 60. As a result, the only claims that remain in this case are Plaintiff's state-law claims against Defendant Deguire. As Magistrate Judge Stewart discussed in his Report-Recommendation and Order, although "a district court may exercise supplemental jurisdiction over state law claims if certain conditions are met, 28 U.S.C. § 1367(a), the court may decline to do so where it 'has dismissed all claims over which it has original jurisdiction.'" *See* Dkt. No. 60 at 2 (quoting 28 U.S.C. § 1367(c)(3)).

At a hearing held on July 1, 2026, Magistrate Judge Stewart indicated to Plaintiff's counsel that he "was considering recommending dismissal and provided counsel an opportunity to respond in writing by July 10, 2026." *See id.* at 3 (citing Text Minute Entry for July 1, 2026). Plaintiff's counsel did not provide a response despite being provided with the opportunity to do so. Nor has either Plaintiff or Defendants filed any objections to Magistrate Judge Stewart's recommendation that the Court dismiss the complaint without prejudice to refiling in state court. *See* Dkt. No. 64 at 4.

The Court has reviewed Magistrate Judge Stewart's Report-Recommendation and Order and agrees that, under the circumstances of this case, the Court should decline to exercise its supplemental jurisdiction over Plaintiff's state-law claims against Defendant Deguire. Accordingly, the Court hereby

**ORDERS** that Plaintiff's complaint, in which the only remaining claims are state-law claims against Defendant Deguire, is **DISMISSED** without prejudice to refiling in state court pursuant to 28 U.S.C. § 1367(c)(3).

**IT IS SO ORDERED.**

Dated: September 18, 2026
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Judge